IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00847-AP

ROSALINDA GONZALES,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Stephanie Lynn F. Kiley  Special Assistant
United States Attorney
Denver, Colorado 80202
303-844-0815
303-844-0770 (facsimile)
Stephanie.kiley@ssa.gov

- 1 -

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed**:  April 2, 2013

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office**:  May 22, 2013

    **C.**    **Date Answer and Administrative Record Were Filed**:  July 16, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

**8.    BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due**:  September 3, 2013

    **B.**    **Defendant's Response Brief Due**:  October 3, 2013

    **C.**    **Plaintiff's Reply Brief (If Any) Due**:  October 18, 2013

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.    Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 23rd day of July, 2013.

                            BY THE COURT:

                            *s/John L. Kane*
                            U.S. DISTRICT COURT JUDGE

APPROVED:

                                                            John F. Walsh
                                                            United States Attorney

s/ Rachael A. Lundy                       By: s/ Stephanie Lynn F. Kiley
402 W. 12th Street                           Special Assistant U.S. Attorney
Pueblo, CO 81003                          1961 Stout St., Suite 4169
719-473-1515                                 Denver, CO 80294-4003
719-543-8403 (facsimile)                 303-844-0815
seckarlaw@mindspring.com              303-844-0770 (facsimile)
                                                     stephanie.kiley@ssa.gov

Attorneys for Plaintiff                           Attorneys for Defendant